FILED
VANESSA L. ARMSTRONG, CLERK

AUG - 8 2018

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**JAMES E. KEARNEY**

INDICTMENT

NO. 3:18-cr-128-DJH
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 853
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S. C. § 924(e)
28 U.S.C. § 2461

The Grand Jury charges:

COUNT 1
*(Drug distribution)*

On or about July 10, 2018, in the Western District of Kentucky, Jefferson County, Kentucky, **JAMES E. KEARNEY**, defendant herein, knowingly distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 2
*(Possession of Firearm in Furtherance of Drug Trafficking Crime)*

On or about July 10, 2018, in the Western District of Kentucky, Jefferson County, Kentucky, **JAMES E. KEARNEY**, defendant herein, in furtherance of the drug trafficking crime set forth in Count 1 of this Indictment, knowingly possessed a firearm, to wit, a Taurus 9 millimeter semi-automatic handgun bearing serial number TJR69957; a Glock 9 millimeter semi-automatic handgun bearing serial number BBHF442; a Walther PK .380 caliber handgun bearing serial number WB015670; and a Ruger .223 caliber rifle bearing serial number 591-19205.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 3
*(Felon in Possession of a Firearm)*

On or about July 10, 2018, in the Western District of Kentucky, Jefferson County, Kentucky, **JAMES E. KEARNEY**, defendant herein, being a person who had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is:

> On or about July 2, 2007, **JAMES E. KEARNEY** was convicted in criminal case number 07-CR-00012 in Shelby Circuit Court, Shelbyville, Kentucky, of Trafficking in a Controlled Substance;

> On or about June 16, 2008, **JAMES E. KEARNEY** was convicted in criminal case number 07-CR-00111 in Shelby Circuit Court, Shelbyville, Kentucky, of Trafficking in a Controlled Substance;

> On or about June 19, 2015, **JAMES E. KEARNEY** was convicted in criminal case number 13-CR-001536, in Jefferson Circuit Court, Louisville, Kentucky, of Complicity Trafficking in a Controlled Substance; and

On or about June 29, 2016, **JAMES E. KEARNEY** was convicted in criminal case number 13-CR-03228-002 in Jefferson Circuit Court, Louisville, Kentucky, of Complicity Trafficking in a Controlled Substance

knowingly possessed, in and affecting interstate commerce, a firearm, that is, a Taurus 9 millimeter semi-automatic handgun bearing serial number TJR69957; a Glock 9 millimeter semi-automatic handgun bearing serial number BBHF442; a Walther PK .380 caliber handgun bearing serial number WB015670; and a Ruger .223 caliber rifle bearing serial number 591-19205, and ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e)

### NOTICE OF FORFEITURE

If convicted of Count 1 of this Indictment, **JAMES E. KEARNEY**, defendant herein, shall forfeit to the United States any property constituting or derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violation, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the violation. If convicted of Count 2 of this Indictment, **JAMES E. KEARNEY** shall forfeit to the United States the firearms described therein. If convicted of Count 3 of this Indictment, **JAMES E. KEARNEY** shall forfeit to the United States the firearms and ammunition described therein.

Pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461.

A TRUE BILL.

FOREPERSON

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

3

UNITED STATES OF AMERICA v. **JAMES E. KEARNEY**

## PENALTIES

Count 1:  NL 5 yrs./$5,000,000/both/NL 4 yrs. Supervised Release
(With a prior felony drug conviction:  NL 10 yrs./$8,000,000/both/NL 8 yrs. Supervised Release)

Count 2:  NL 5 yrs. consecutive /$250,000/both/NM 5 yrs. Supervised Release

Count 3:  NM 10 yrs./$250,000 fine/both/NM 5 yrs. Supervised Release
(With three prior qualifying convictions:  NL 15 years/NM life/$250,000/both/NM 5 yrs. Supervised Release)

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
|---|---|---|---|
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule.  You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court.  18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.  This rate changes monthly.  Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.  18 U.S.C. § 3615.

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN 85

No.


**FILED**
VANESSA L. ARMSTRONG, CLERK

AUG − 8 2018

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

# UNITED STATES DISTRICT COURT
Western District of Kentucky
At Louisville

THE UNITED STATES OF AMERICA

vs.

## JAMES E. KEARNEY

## INDICTMENT

**Count 1**
**Drug Distribution**
21 U.S.C. §§841(a)(1) and 841(b)(1)(B)

**Count 2**
**Possession of Firearm in Furtherance
of Drug Trafficking Crime**
18 U.S.C. §924(c)(1)(A)

**Count 3**
**Felon in Possession of Firearm**
18 U.S.C. §§922(g)(1), 924(a)(2) and 924(e)

**Forfeiture**

_____
                                        *Foreperson*

*Filed in open court this 8th day of August, 2018.*

_____
                                        *Clerk*

Bail, $